UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DARWIN DANILO P. A., | Case No. 26-cv-554 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| U.S. DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; ICE FIELD OFFICE DIRECTOR, MINNESOTA; and WARDEN OF THE DETENTION FACILITY, | |
| Respondents. | |

On January 22, 2026, Petitioner Darwin Danilo P. A. filed a petition for a writ of habeas corpus, challenging the legality of his continued immigration detention. *See* ECF No. 1. Darwin Danilo P. A. did not pay the required filing fee, nor did he submit an Application to Proceed Without Prepayment of Fees ("IFP Application"). On January 22, 2026, the Clerk's Office mailed Darwin Danilo P. A. a letter informing him that if he did not submit a filing fee or an IFP Application within 15 days, his case "could be summarily dismissed without prejudice." ECF No. 2 at 1. To date, Darwin Danilo P. A. has not paid the required filing fee or submitted an IFP Application.

Accordingly, **IT IS HEREBY ORDERED** that:

1. No later than March 18, 2026, Darwin Danilo P. A. must either pay the required filing fee or submit an IFP Application.

2. If Darwin Danilo P. A. does not pay the required filing fee or submit an IFP Application by March 18, 2026, the Court will dismiss his petition without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated: February 18, 2026                            *s/Laura M. Provinzino*
                                                    Laura M. Provinzino
                                                    United States District Judge