**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DARWIN DANILO P. A.,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; ICE FIELD OFFICE DIRECTOR, MINNESOTA; and WARDEN OF THE DETENTION FACILITY,

Respondents.

Case No. 26-cv-554 (LMP/DTS)

**ORDER**

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Petitioner Darwin Danilo P. A.'s Petition for Writ of Habeas Corpus (ECF No. 1) on or before Friday, February 27, 2026, certifying the true cause and proper duration of Darwin Danilo P. A.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Darwin Danilo P. A.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Darwin Danilo P. A.'s claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. Darwin Danilo P. A. may file a reply to Respondents' answer on or before Wednesday, March 4, 2026; and

4. No further submissions from either party will be permitted except as authorized by Court order.

Dated: February 24, 2026
Time: 9:49 a.m.

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge